UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 12-CV-61114-WILLIAMS

LUIS LEBRON, an individual, DAVID N.
EMIHOVICH, an individual, JOSE ROQUE,
an individual, on behalf of themselves and
all others similarly situated,

        Plaintiffs,

vs.

GREGORIO A. TEJERA, individually,
LAZARO W. DIAZ-FERNANDEZ, individually,
JOSE LEYVA, individually, and JOHN DOES 1-100,

        Defendants.
_____/

## ORDER DISMISSING AND CLOSING CASE

THIS MATTER is before the Court on review of the record. This case was filed a year ago on June 5, 2012. Plaintiffs served one Defendant, Lazaro Diaz-Fernandez, on June 19, 2012 [D.E. 4], who was later dismissed from the case upon stipulation of the parties [D.E. 13]. Plaintiffs appeared to serve a second defendant, Jose Leyva, on July 20, 2012 [D.E. 8]. However, on November 21, 2012, Mr. Leyva submitted a letter to the Court that declaring that he is "not the person in this case" [D.E. 16]. Mr. Leyva included a notarized copy of his driver's license with his letter. *Id.* A third defendant, Gregorio A. Tejera, has not been served.

On January 9, 2013, the Court ordered Plaintiffs to show cause why this case should not be dismissed for failure to prosecute and failure to timely serve the defendants under Fed. R. Civ. P. 4(m) [D.E. 17]. In response, Plaintiffs asserted that

they tried to serve Defendant Tejera six times [D.E. 18]. Plaintiffs also asked the Court for an additional 30 days to investigate Leyva's claim that he is not the named defendant. *Id.*

On January 23, 2013, the Court entered an order setting a 30-day deadline for Plaintiffs to investigate Leyva's claim that he is an improper defendant, and to serve Defendant Tejera [D.E. 19]. The record shows that a new summons was issued for Defendant Tejera on February 11, 2013 [D.E. 23], but there is nothing in the record showing that the summons was executed and returned. Nor have Plaintiffs provided any additional information verifying that Mr. Leyva is the proper defendant, as required by the Court's January 23rd Order. Therefore, this case is DISMISSED WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(b). *See Equity Lifestyle Props., Inc. v. Fla. Mowing & Landscape Serv., Inc.*, 556 F.3d 1232, 1240 (11th Cir. 2009). The Clerk is directed to CLOSE this case.

DONE AND ORDERED in Chambers at Miami, Florida this ___ day of June, 2013.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE